> Application GRANTED. Defendants shall reply in further support of their motion to dismiss by **June 4, 2025**.
>
> The Clerk of Court is directed to terminate ECF No. 53.
>
> SO ORDERED.
>
> *Jennifer H. Rearden*
> Jennifer H. Rearden, U.S.D.J.
> Dated: May 16, 2025

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: **5/16/2025**

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET, Rm. 3-177
NEW YORK, NY 10007

**ALAN H. SCHEINER**
Special Federal Litigation Division
phone: (212) 356-3455
fax: (212) 356-0399
email: ascheine@law.nyc.gov

May 15, 2025

**Via ECF**

Hon. Jennifer H. Rearden
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

                Re:    *Nolan v. City of New York, et al.*, 23-CV-03147-JHR-GWG

Your Honor:

      I am a Senior Counsel in the Office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, representing defendants City of New York and Ellis Deloren. Defendants write to respectfully request a two-week extension of the date for defendants to submit their Reply to plaintiffs' Opposition to Defendants' Motion to Dismiss the Amended Complaint, from May 21, 2025 (*see* ECF No. 48) to June 4, 2025. Plaintiff consents to this request. This is the first request for an extension of this deadline and the extension would not affect any other dates set by the Court.

      The extension is requested in part because defendants' counsel in this matter has been ill and not working most of this week. In addition, emergent developments in another matter, *Nunez v. City of New York*, 11-cv-05845-LTS, has and will require most of defendants' counsel's time in the coming weeks.

      We thank the Court for its consideration of this matter.

                                                      Respectfully submitted,

                                                      *Alan H. Scheiner* /s/
                                                      Alan H. Scheiner
                                                      Senior Counsel
                                                      Special Federal Litigation Division

cc: All Counsel (by ECF)